February 17, 2012

Mr. David W. Holman
The Holman Law Firm, P.C.
24 Greenway Plaza, Suite 2000
Houston, TX 77046
Mr. Peter M. Kelly
Kelly Durham & Pittard LLP
1005 Heights Boulevard
Houston, TX 77008

RE: Case Number: 09-0715
 Court of Appeals Number: 14-07-00650-CV
 Trial Court Number: 96-45876

Style: MABON LIMITED
 v.
 AFRI-CARIB ENTERPRISES, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.
 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting
Mabon Limited's petition for review and without hearing oral argument, the
Court reverses the court of appeals' judgment and reinstates the trial
court's judgment. The Court denies the petition for review filed on behalf
of Afri-Carib Enterprises, Inc. (Justice Guzman not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Christopher A. |
| |Prine |
| |Mr. Loren Jackson |